BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE FORD FUEL ECONOMY    )
MARKETING AND SALES         )
PRACTICES LITIGATION          )      MDL No.: _____

## AMENDED SCHEDULE A

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Marshall B. Lloyd<br><br>**Defendant:** Ford Motor Company | E.D. Michigan | 3:19-cv-11319 | Hon. Robert H. Cleland |
| **Plaintiffs:** William Don Cook<br><br>**Defendant:** Ford Motor Company | M.D. Alabama | 2:19-cv-00335 | Hon. Gray M. Borden |
| **Plaintiffs:** Ryan Hubert<br><br>**Defendant:** Ford Motor Company | C.D. Illinois | 2:19-cv-02125 | Hon. Colin Stirling Bruce |