**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION | ) ) ) | MDL Docket No. 2901 |

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendant | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| Dustin Dawson, Rick Shawley | Ford Motor Company | Eastern District of Michigan | 3:19-cv-11728-RHC-APP | District Judge Robert H. Cleland, Magistrate Judge Anthony P. Patti |

RESPECTFULLY SUBMITTED this 3rd day of July, 2019.

By: *s/ Ryan McDevitt*

Ryan McDevitt
Lynn Lincoln Sarko
Gretchen Freeman Cappio
Tana Lin
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
Fax (206) 623-3384
rmcdevitt@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
tlin@kellerrohrback.com

Lesley E. Weaver
Anne K. Davis
Joshua Samra
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Jonathan K. Levine
Elizabeth C. Pritzker
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Fax: (415) 366-6110
jkl@pritzkerlevine.com
ecp@pritzkerlevine.com