**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

| IN RE: FORD MOTOR CO. F-150 & RANGER TRUCK FUEL ECONOMY MARKETING & SALES PRACTICES LITIGATION | MDL No. 2901 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Michael Smith, *individually and on behalf of other similarly situated individuals* **Defendant:** Ford Motor Company | U.S. District Court for the Eastern District of Michigan (Detroit) | 2:19-cv-11993-AC-MKM | Hon. Avern Cohn |

RESPECTFULLY SUBMITTED AND DATED this 10th day of July, 2019.

BERGER MONTAGUE PC

By: /s/ E. Michelle Drake
    E. Michelle Drake
    Email: emdrake@bm.net
    Joseph C. Hashmall
    Email: jhashmall@bm.net
    43 SE Main Street, Suite 505
    Minneapolis, Minnesota 55414
    Telephone: (612) 594-5999
    Facsimile: (612) 584-4470

    E. Powell Miller
    Sharon S. Almonrode
    William Kalas
    THE MILLER LAW FIRM P.C.
    950 W. University Drive, Suite 300
    Rochester, MI 48307
    Tel. 248.841.2200
    Fax 248.652.2852
    epm@millerlawpc.com
    ssa@millerlawpc.com
    wk@millerlawpc.com

*Attorneys for Plaintiff Michael Smith*