- 1 -

# BEFORE THE UNITED STATES JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 2901 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge Assigned |
|---|---|---|---|---|
| Evan Allen, Al Balls, Brian Leja, Stephen Mattson, John Sautter, and Randy Transue | Ford Motor Company | Eastern District of Michigan | 2:19-cv-12015 | Hon. Bernard A. Friedman |

- 1 -

1806930.1

RESPECTFULLY SUBMITTED this 18th day of July, 2019.

      By:    */s/ Elizabeth J. Cabraser*
              Elizabeth J. Cabraser
              Kevin R. Budner
              Phong-Chau G. Nguyen
              Wilson M. Dunlavey
              LIEFF CABRASER HEIMANN &
              BERNSTEIN, LLP
              275 Battery Street, 29th Floor
              San Francisco, CA  94111-3339
              Telephone:  (415) 956-1000
              Facsimile:  (415) 956-1008
              ecabraser@lchb.com
              kbudner@lchb.com
              pgnguyen@lchb.com
              wdunlavey@lchb.com

              David S. Stellings
              Katherine I. McBride
              LIEFF CABRASER HEIMANN &
              BERNSTEIN, LLP
              250 Hudson Street, 8th Floor
              New York, NY 10013
              Telephone:  (212) 355-9500
              Facsimile:  (212) 3559592
              dstellings@lchb.com
              kmcbride@lchb.com

              Roland Tellis
              David Fernandes
              BARON & BUDD, P.C.
              15910 Ventura Boulevard, Suite 1600
              Encino, CA 91436
              Telephone:  (214) 521-3605
              Facsimile:  (214) 520-1181
              rtellis@baronbudd.com
              dfernandes@baronbudd.com

1806930.1

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone:  (973) 944-1700
Facsimile:  (973) 994-1744
jcecchi@carellabyrne.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY  10005-4401
Telephone:  (212) 584-0700
Facsimile:  (212) 584-0799
cseeger@seegerweiss.com

ROSSMAN SAXE, P.C.
Mark C. Rossman (P63034)
Brian M. Saxe (P70046)
Linda J. Roelans (P82818)
2145 Crooks Road, Suite 220
Troy, Michigan 48084
Telephone: 248.385.5481
Facsimile: 248.480.4936
mark@rossmansaxe.com
brian@rossmansaxe.com
linda@rossmansaxe.com

*Attorneys for Plaintiffs Allen et al.*