**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE**: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY
MARKETING AND SALES PRACTICE LITIGATION

**MDL No. 2901**

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Steve Beavers writes to notify the Court of the related action listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

Dated: July 22, 2018

Respectfully Submitted by:

/s/ James J. Pizzirusso

James J. Pizzirusso
Theodore F. DiSalvo
**HAUSFELD LLP**
1700 K St. NW, Suite 650
Washington, D.C. 20006
Phone: 202-540-7200
Fax: 202-540-7201
jpizzirusso@hausfeld.com
tdisalvo@hausfeld.com

Daniel L. Warshaw
**PEARSON, SIMON & WARSHAW**
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Phone: 818-788-8300
dwarshaw@pswlaw.com

E. Powell Miller
Sharon S. Almonrode
William Kalas
**THE MILLER LAW FIRM, P.C.**

950 W. University Drive, Suite 300
Rochester, MI 48307
Phone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
wk@millerlawpc.com

*Counsel for Plaintiff Steve Beaver*