**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE**: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY
MARKETING AND SALES PRACTICE LITIGATION

**MDL No. 2901**

**SCHEDULE OF RELATED ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>Steve Beavers<br><br>Defendants:<br>Ford Motor Company | E.D. Michigan | 2:19-cv-12080 | Robert H. Cleland |